David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
rholzer@feldmanattorneys.com
*Attorneys for Defendant Acuity A Mutual Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive,<br><br>Defendant. | Case No.:<br><br>**PETITION FOR REMOVAL** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendant/Petitioner, Acuity A Mutual Insurance Company, hereinafter "Defendant" or "Acuity," by and through its attorneys, David J. Feldman, Esq. and Rachel J. Holzer, Esq., of The Feldman Firm, hereby removes the State action described herein to Federal Court. The grounds for removal are as follows:

1.   On February 8, 2022, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled "*Estevan Alvarado-Herrera v. Acuity A Mutual Insurance Company*," Case No. A-22-848001-C.

2.   A copy of all process, pleadings and orders served upon Defendant in the State Court action are attached hereto as **Exhibit 1**.

1

3. This Petition is filed timely pursuant to 28 U.S.C. §1446(b).

4. This action is a civil action of which this Court has diversity jurisdiction under the provisions of 28 U.S.C. §1332 and 28 U.S.C. §2201, and is one which may be removed to this Court by Petitioner pursuant to the provisions of 28 U.S.C. §1441(b).

5. There is a diversity of citizenship between Plaintiff Estevan Alvarado-Herrera and Defendant Acuity. Defendant Acuity is informed and believes that Plaintiff Estevan Alvarado-Herrera was and still is a citizen of the State of Nevada, as indicated in Plaintiff's Complaint. Defendant Acuity was at the time of the filing of this action, and still is a corporation incorporated in the State of Wisconsin.

6. The matter in controversy exceeds $75,000.00. Plaintiff claims he has sustained $201,611.30 in past medical specials with an additional anticipated future medical specials in an amount of at least $224,000.00 (*See* Complaint at p. 4, enumerated ¶15, attached here as **Exhibit 2** (without Exhibits). Further, as set forth in Plaintiff's letter of February 26, 2021, Plaintiff has demanded the full policy limits be tendered to him under the uninsured/underinsured portion of the policy of insurance with Acuity (which has $1,000,000.00 in underinsured motorist limits per person/per accident) (*See* **Exhibit 3,** Plaintiff's Demand letter of February 26, 2021; *see also*, **Exhibit 2** at ¶¶54 and 61). In addition to Plaintiff seeking compensatory and special damages in an amount in excess of $1,000,000.00 under the uninsured/underinsured portion of the policy of insurance with Acuity, Plaintiff seeks damages for Breach of Contract for underinsured motorist benefits (*Id.* at pp. 20-21, ¶¶97-108), Unfair Insurance Practices (*Id.* at pp. 21-23, ¶¶109-117), and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing (*Id.* at pp. 23-24, ¶¶118-132), including damages for benefits denied under the insurance policy, punitive damages, and attorney's fees, in an amount in excess of Fifteen Thousand Dollars ($15,000.00) (*Id* at p. 25). Given those claims against this national insurance company, it is clear that Plaintiff is seeking damages in excess of $75,000.00.

7. Defendants were served through US Mail on February 17, 2022 *(See* **Exhibit 1**).

8. Pursuant to 28 U.S.C. §1446, a copy of this Petition for Removal is being filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and is further served on all parties hereto.

9. Defendants will also timely file a Notice of Removed Action in the Eighth Judicial District Court, Clark County, Nevada, a true and correct copy of which is attached as **Exhibit 4**, 28 U.S.C. § 1446(d).

**JURY DEMAND**

Defendant hereby demands a trial by jury on all issues appropriate for jury determination.

WHEREFORE, Defendant/Petitioner, Acuity A Mutual Insurance Company, hereby removes the State action now pending against it in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-22-848001-C, to this Court.

DATED this 9th day of March, 2022.

THE FELDMAN FIRM

By  */s/ David Feldman*
  David J. Feldman, Esq.
  Nevada Bar No. 5947
  Rachel J. Holzer, Esq.
  Nevada Bar No. 11604
  8831 West Sahara Avenue
  Las Vegas, Nevada 89117
  Telephone: (702) 949-5096
  Facsimile: (702) 949-5097
  dfeldman@feldmanattorneys.com
  rholzer@feldmanattorneys.com
  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 9th of March, 2022, I mailed a true and correct copy of the foregoing **PETITION FOR REMOVAL** in a sealed envelope with First Class postage fully prepaid, addressed to the following:

STEVEN T. JAFFE, ESQ.
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
tanderson@lawhjc.com
HALL JAFFE&CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114
and
JOHN P. SHANNON, ESQ.
John@jpshannonlaw.com
JASON S. COOK, ESQ.
jason@williamshannonlaw.com
LAW OFFICE OF WILLIAM H. JACKSON, LLC
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　*/s/ Heather Miller*
　　　　　　　　　　　　　　　　　　　An Employee of THE FELDMAN FIRM

4