# EXHIBIT 1

A copy of all process, pleadings and orders served upon Defendant

Electronically Filed
2/22/2022 12:07 PM
Steven D. Grierson
CLERK OF THE COURT

STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
tanderson@lawhjc.com
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No. 7906
John@jpshannonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamshannonlaw.com

LAW OFFICE OF WILLIAM H. JACKSON, LLC
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033
Attorneys for Plaintiff

## DISTRICT COURT, CLARK COUNTY, NEVADA

| Plaintiff / Petitioner:<br>ESTEVAN ALVARADO-HERRERA, an individual, | Case No: A-22-848001-C<br>DEPT NO.: 26 |
|---|---|
| Defendant / Respondent:<br>ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive, | AFFIDAVIT/DECLARATION OF SERVICE ACUITY A MUTUAL INSURANCE COMPANY |

I, Patrick J. Lamb, being duly sworn, or under penalty of perjury, state that at all times relevant, I was over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

That on Thu, Feb 17 2022 at 02:45 PM, at the address of 2800 S TAYLOR DR, within SHEBOYGAN, WI, the undersigned duly served the following document(s): SUMMONS; COMPLAINT in the above entitled action upon ACUITY A MUTUAL INSURANCE COMPANY, by then and there, personally
///
///
///

delivering 1 true and correct copy(ies) of the above documents to ACUITY A MUTUAL INSURANCE COMPANY by leaving with DANIELLE LADD, AUTHORIZED TO ACCEPT.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. No Notary is Required per NRS 53.045.

Date: 2/17/22

_____

Patrick J. Lamb
FOR: ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702-919-7223
Job: 6675870

**SUMM**
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
tanderson@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No.  7906
John@jpshannonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamshannonlaw.com
**LAW OFFICE OF WILLIAM H. JACKSON, LLC**
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033

*Attorneys for Plaintiff*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive,<br><br>Defendants. | CASE NO.:   **A-22-848001-C**<br>DEPT NO.:   **26** |

## SUMMONS - CIVIL

**DEFENDANT:  ACUITY A MUTUAL INSURANCE COMPANY**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

1

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1.      If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

         (a)      File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

         (b)      Serve a copy of your response upon the attorney whose name and address is shown below.

2.      Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

HALL JAFFE & CLAYTON

*/s/ Steven T. Jaffe*
_____

Steven T. Jaffe, Esq.
Taylor R. Anderson, Esq.
7425 Peak Drive
Las Vegas, NV 89128
Attorneys for Plaintiff

STEVEN D. GRIERSON
CLERK OF THE COURT

BY:_____    2/9/2022

Deputy Clerk          Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Demond Palmer