# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ESTEVAN ALVARADO-HERRERA,

    Plaintiff(s),

v.

ACUITY A MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No. 2:22-cv-00438-RFB-NJK

**Order**

[Docket No. 7]

    Pending before the Court is a Rule 26(f) conference notice. Docket No. 7. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: March 16, 2022

                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge