STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
tanderson@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No.  7906
John@jpshannonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamshannonlaw.com
**LAW OFFICE OF WILLIAM H. JACKSON, LLC**
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00438-CDS-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR REPLY BRIEF AS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT ACUITY'S AFFIRMATIVE DEFENSES ON GROUNDS OF WAIVER AND JUDICIAL ESTOPPEL** |

COME NOW Plaintiff ESTEVAN ALVARADO-HERRERA, by and through his counsel of record, and Defendant ACUITY A MUTUAL INSURANCE COMPANY, by and through its counsel of record, who hereby stipulate that Plaintiff be allowed an extension to file and serve its Reply Brief as to Plaintiff's Motion for Partial Summary Judgment on Defendant Acuity's

1

Affirmative Defenses on Grounds of Waiver and Judicial Estoppel.  Specifically, that Reply Brief is presently due to be filed and served by October 18, 2022; however, due to emergency scheduling and personal issues experienced by Plaintiff's counsel, the parties do hereby stipulate and agree that Plaintiff be allowed an extension to file and serve that Reply Brief until October 24, 2022.

D a t e d :  10/18/22

**H A L L  J A F F E  &  C L A Y T O N ,  L L P**


 /s/ Steven T. Jaffe
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
Taylor R. Anderson, Esq.
Nevada Bar No. 015136C
7425 Peak Drive
Las Vegas, Nevada 89128
 -and-
John P. Shannon, Esq.
Nevada Bar No. 7906
Jason S. Cook, Esq.
Nevada Bar No. 7965
**Law Office of William H. Jackson, LLC**
3320 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*

Dated: 10/18/22

**THE FELDMAN FIRM**


 /s/ David J. Feldman
David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
8831 West Sahara Avenue
Las Vegas, Nevada, 89117
*Attorneys for Defendant Acuity A Mutual Insurance Company*

Case No. 2:22-cv-00438-CDS-NJK

2

**ORDER**

It is so Ordered that Plaintiff shall be permitted to file and serve his Reply Brief to his

Motion for Partial Summary Judgment on Defendant Acuity's Affirmative Defenses on Grounds

of Waiver and Judicial Estoppel until October 24, 2022.

_____

UNITED STATES DISTRICT JUDGE

DATED:___October 19, 2022_____