# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA,<br><br>    Plaintiff(s),<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:22-cv-00438-CDS-NJK<br><br>**Order**<br><br>[Docket No. 38] |

Pending before the Court is Defendant's motion to compel amended interrogatory responses. Docket No. 38. Plaintiff filed a response in opposition. Docket No. 43. Defendant filed a reply. Docket No. 47. The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on November 8, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: October 25, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1