# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA,<br>    Plaintiff(s),<br>v.<br>ACUITY A MUTUAL INSURANCE COMPANY,<br>    Defendant(s). | Case No. 2:22-cv-00438-CDS-NJK<br><br>**Order** |

Pending before the Court is an order for Plaintiff and his counsel to show cause why they should not be held in contempt. Docket No. 83. Plaintiff and his counsel filed a response. Docket No. 90. That response indicates that counsel held misbeliefs, but they have now been disabused of those notions. The response also represents that Plaintiff has now complied with the discovery obligations at issue. Given the circumstances, the Court **DISCHARGES** the order to show cause. The Court expects better from counsel moving forward.

IT IS SO ORDERED.

Dated: April 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1