STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
tanderson@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No. 7906
john@williamjacksonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamjacksonlaw.com
**LAW OFFICE OF WILLIAM H. JACKSON, LLC**
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00438-CDS-NJK<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF DESIGNATED RULE 30(B)(6) WITNESS [ECF NO. 91]** |

IT IS HEREBY STIPULATED AND AGREED that by and between the undersigned counsel that any opposition or response to Defendant Acuity A Mutual Insurance Company's Motion for Protective Order Regarding Deposition of Designated Rule 30(B)(6) Witness [ECF No. 91] shall be due on May 5, 2023; and

1

1    IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that any reply brief shall be due on May 15, 2023.

This request for an extension is sought because Plaintiff's counsel has multiple dispositive motions due in other cases in the same time period.

| Dated: May 2, 2023 | Dated: May 2, 2023 |
|---|---|
| **HALL JAFFE & CLAYTON, LLP** | **THE FELDMAN FIRM** |
| /s/ Steven T. Jaffe_____ | /s/ David Feldman_____ |
| Steven T. Jaffe, Esq.<br>Nevada Bar No. 7035<br>Taylor R. Anderson, Esq.<br>Nevada Bar No. 015136C<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>and<br>John P. Shannon, Esq.<br>Nevada Bar No. 7906<br>Jason S. Cook, Esq.<br>Nevada Bar No. 7965<br>**Law Office of William H. Jackson, LLC**<br>3320 N. Buffalo Dr., Suite 202<br>Las Vegas, Nevada 89129<br>*Attorneys for Plaintiff* | David J. Feldman, Esq.<br>Nevada Bar No. 5947<br>Rachel J. Holzer, Esq.<br>Nevada Bar No. 11604<br>8831 West Sahara Avenue<br>Las Vegas, Nevada, 89117<br>*Attorneys for Defendant Acuity A Mutual Insurance Company* |

**ORDER**

IT IS SO ORDERED.

Dated: May 2, 2023

_____
UNITED STATES MAGISTRATE JUDGE