STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com
MICHAEL D. MAUPIN, ESQ.
Nevada Bar No. 13721
mmaupin@halljaffe.com
**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No. 7906
John@jpshannonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamshannonlaw.com
**LAW OFFICE OF WILLIAM H. JACKSON, LLC**
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual, | CASE NO.: 2:22-cv-00438-CDS-NJK |
| Plaintiff | **STIPULATION AND ORDER EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT REGARDING EXTRA CONTRACTUAL CLAIMS** |
| v. | |
| ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive, | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ESTEVAN ALVARADO-HERRERA, by and through his attorneys, Steven T. Jaffe, Esq. of Hall Jaffe, LLP and John P. Shannon, Esq. and Jason S. Cook, Esq. of the Law Office of William H. Jackson, LLC and Defendant, ACUITY A MUTUAL INSURANCE COMPANY, by and through its

1

attorney, David J. Feldman, Esq. and Rachel J. Holzer, Esq. of The Feldman Firm that a one (1) week extension to file his Opposition to Defendant's Motion for Partial Summary Judgement Regarding Extra Contractual Claims and state as follows:

1. Defendant filed its Motion for Partial Summary Judgement on September 25, 2023;
2. Plaintiff's Opposition to Defendant's Motion is currently set for October 10, 2023;
3. Parties have agreed to a one (1) week extension of time for Plaintiff to file his Opposition to Defendant's Motion for Partial Summary Judgement;
4. Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgement would now be due October 16, 2023.

| | |
|---|---|
| DATED this 9th day of October 2023.<br><br>HALL JAFFE, LLP<br><br><br>By: /s/Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>MICHAEL D. MAUPIN, ESQ.<br>Nevada Bar No. 13721<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>         -and-<br>JOHN P. SHANNON<br>Nevada Bar No.  7906<br>JASON S. COOK<br>Nevada Bar No. 7965<br>LAW OFFICE OF WILLIAM H. JACKSON<br>3320 N. Buffalo Drive, Ste. 202<br>Las Vegas, Nevada 89129<br>*Attorneys for Plaintiff* | DATED this 9th day of October 2023.<br><br>THE FELDMAN FIRM<br><br><br>By:    /s/David J. Feldman<br>David J. Feldman, Esq.<br>Nevada Bar No. 5947<br>Rachel J. Holzer, Esq.<br>Nevada Bar No. 11604<br>8831 West Sahara Avenue<br>Las Vegas, Nevada, 89117<br>*Attorneys for Defendant Acuity A Mutual Insurance Company* |

**ORDER**

The parties' stipulation is granted, *nunc pro tunc*, to the date of the request.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 11, 2023

2