STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com
MICHAEL D. MAUPIN, ESQ.
Nevada Bar No. 13721
mmaupin@halljaffe.com
**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No. 7906
John@jpshannonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamshannonlaw.com
**LAW OFFICE OF WILLIAM H. JACKSON, LLC**
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual,<br><br>Plaintiff<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive,<br><br>Defendants | **CASE NO.:  2:22-cv-00438-CDS-NJK**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT REGARDING EXTRA CONTRACTUAL CLAIMS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ESTEVAN ALVARADO-HERRERA, by and through his attorneys, Steven T. Jaffe, Esq. of Hall Jaffe, LLP and John P. Shannon, Esq. and Jason S. Cook, Esq. of the Law Office of William H. Jackson, LLC and Defendant, ACUITY A MUTUAL INSURANCE COMPANY, by and through its

1

attorney, David J. Feldman, Esq. and Rachel J. Holzer, Esq. of The Feldman Firm that an extension to file his Opposition to Defendant's Motion for Partial Summary Judgement Regarding Extra Contractual Claims and state as follows:

1. Defendant filed its Motion for Partial Summary Judgement on September 25, 2023;

2. Plaintiff's Opposition to Defendant's Motion is currently set for October ~~9~~ 10, 2023; and

3. Parties have agreed to an extension of time for Plaintiff to file his Opposition to Defendant's Motion for Partial Summary Judgement to October 20, 2023.

| DATED this 16th day of October 2023. | DATED this 16th day of October 2023. |
|---|---|
| HALL JAFFE, LLP | THE FELDMAN FIRM |
| By: /s/Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>MICHAEL D. MAUPIN, ESQ.<br>Nevada Bar No. 13721<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>-and-<br>JOHN P. SHANNON<br>Nevada Bar No. 7906<br>JASON S. COOK<br>Nevada Bar No. 7965<br>LAW OFFICE OF WILLIAM H. JACKSON<br>3320 N. Buffalo Drive, Ste. 202<br>Las Vegas, Nevada 89129<br>*Attorneys for Plaintiff* | By: /s/David J. Feldman<br>David J. Feldman, Esq.<br>Nevada Bar No. 5947<br>Rachel J. Holzer, Esq.<br>Nevada Bar No. 11604<br>8831 West Sahara Avenue<br>Las Vegas, Nevada, 89117<br>*Attorneys for Defendant Acuity A Mutual Insurance Company* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2023

2