STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com
**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Phone: (702) 316-4111
Facsimile: (702) 316-4114

JOHN P. SHANNON, ESQ.
Nevada Bar No.  7906
John@jpshannonlaw.com
JASON S. COOK, ESQ.
Nevada Bar No. 7965
jason@williamshannonlaw.com
**LAW OFFICE OF WILLIAM H. JACKSON, LLC**
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
Phone: (702) 489-3030
Facsimile: (702) 489-3033

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual, | Case No. 2:22-cv-00438-CDS-NJK |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** |
| ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through XX, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff ESTEVAN ALVARADO-HERRERA, by and through his

counsel of record, Steven T. Jaffe, Esq, of Hall Jaffe, LLP, and John P. Shannon, Esq., and Jason

S. Cook, Esq., and Defendant ACUITY A MUTUAL INSURANCE COMPANY, by and through

its counsel, David J. Feldman, Esq., and Rachel J. Holzer, Esq., of The Feldman Firm.  The parties

stipulate to extend the deadlines for filing and submission of the Joint Pre-Trial Order in this

matter.  Specifically, the parties previously stipulated to allow further limited discovery based on

the passing of one of the Plaintiff's experts, requiring his replacement and further discovery stemming from that new expert and report.

The court previously signed a stipulation extending the deadlines for that discovery until December 28, 2023.  The parties do hereby agree and stipulate that the discovery remaining may have a bearing on the Joint Pre-Trial Order and its contents.  Therefore, the parties do now stipulate and agree to move the deadline for submission of the Joint Pre-Trial Order until Monday, January 29, 2024.

Dated: October 23, 2023

**HALL JAFFE, LLP**

/s/ Steven T. Jaffe
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
7425 Peak Drive
Las Vegas, Nevada 89128
and
Law Office of William H. Jackson, LLC
John P. Shannon, Esq.
Nevada Bar No. 7906
Jason S. Cook, Esq.
Nevada Bar No. 7965
3320 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*

Dated: October 23, 2023

**THE FELDMAN FIRM**

/s/ David J. Feldman
David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
8831 West Sahara Avenue
Las Vegas, Nevada, 89117
*Attorneys for Defendant Acuity A Mutual Insurance Company*

## ORDER

**IT IS SO ORDERED.**

Dated:  October 24, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2