David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Acuity A Mutual Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA,<br><br>    Plaintiff<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation,<br><br>    Defendant | Case No. 2:22-cv-00438-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ESTEVAN ALVARADO-HERRERA by and through his counsel of record Steven T. Jaffe, Esq., of Hall Jaffe LLP., and John P. Shannon, Esq., of the Law office of William H. Jackson, LLC., and Defendant ACUITY a MUTUAL INSURANCE COMPANY, by and through its attorneys of record, David J. Feldman, Esq. and John C. Dorame, Esq., of The Feldman Firm, that Case No. 2:22-cv-00438-CDS-NJK, entitled *Estevan Alvarado-Herrera v. Acuity A Mutual Insurance Company* is hereby dismissed with prejudice and that these parties agree to bear their own attorney's fees and costs and any interest.

///

///

///

**IT IS SO STIPULATED**

Dated: 2/29/24

By: /s/ Steven T. Jaffe

Steven T. Jaffe, Esq.
Nevada Bar No. 7035
HALL JAFFE LLP.
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Plaintiff*

Dated: 2/29/24

By: /s/ John P. Shannon

John P. Shannon, Esq.
Nevada Bar No. 7906
Law Office Of William H. Jackson, LLC
3320 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89129
*Attorney for Plaintiff*

Dated: 2/29/24

By: /s/ David J. Feldman

David J. Feldman, Esq.
Nevada Bar No. 9547
The Feldman Firm
8831 W. Sahara Ave.
Las Vegas, Nevada 89117
*Attorney for Defendant*

**ORDER**

Based on the stipulation of the parties, Case No. 2:22-cv-00438-CDS-NJK, entitled ***Estevan Alvarado-Herrera v. Acuity A Mutual Insurance Company*** is here dismissed with prejudice and that these parties agree to bear their own attorneys' fees and costs and any interest.

The Clerk of Court is kindly instructed to close this case.

Dated: March 15, 2024

_____
United States District Judge

2